**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MLC

JUN 0 9 2016

**MATTHEW J. DYKMAN**
CLERK

Herbert G. Head
80498—6-10
P.O. Box # 1059
Santa Fe, New Mexico 87504

Matthew J. Dykman
Clerk of the Federal court
United States District court
333- Lomas Bld. North West
Alberquerque, New Mexico 87102

16CV509 MCA-GJF

Mr. Dykman,

    I don't ever get all of my mail, but I want to ask you. If you have got any of my writs that I have sent to the court, or should I say to you sir?

    So could you please inform me of any and all of the paper work that you may have on me at all of my cases?

    Because I am Not an Attorney and they don't have any Law Library here, I can only hope that the court will take all of this into consideration.

    So could you send me a copy of all of the paper work that you have on me? Also could you give me a date on when the court my Rule on any of the issues I have asked about?

    Sincerely Yours,        June 4, 2016

Herbert G. Head

Penitentiary of New Mexico
P.O. Box 1059
Santa Fe, New Mexico 87504-1059
Name Hunt Hart    No. _____ Unit 6-11

[signature]
[signature]

ALBUQUERQUE
NM 870
07 JUN '16
PM 3 L

**RECEIVED**
At Albuquerque NM
JUN 0 9 2016
MATTHEW J. DYKMAN
CLERK

Matthew J. Dykman
Clerk of the Federal Court
United States District Court
333 Lomas Blvd. N.W.
Albuquerque, New Mexico 87102

8710282274 C023